13

(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pritchard, John** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pritchard, Debra M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5043 South Laporte**<br>**Chicago, Illinois 60638** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5043 South Laporte**<br>**Chicago, Illinois 60638** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| [✓] Individual(s)   [ ] Railroad<br>[ ] Corporation   [ ] Stockbroker<br>[ ] Partnership   [ ] Commodity Broker<br>[ ] Other_____   [ ] Clearing Bank | [ ] Chapter 7   [ ] Chapter 11   [✓] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [✓] Consumer/Non-Business  [ ] Business | [ ] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying the debtor is unable to pay fee except in installments. Rule 1006(b) |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
|  | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |  |
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] |  |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/23/2005
Time: 14:41:51
Debtor: JOHN PRITCHARD
Case: 05-33359
Chapter: 13    Fee : 194
Judge: Jacqueline Cox    Rec. # : 3137154
341 mtg: 09/20/2005
ConfHrg: 10/03/2005 @ 12:30PM
Trustee: TOM VAUGHN @ 10:30AM

1:05BK33359-BK001

(Official Form 1) (12/03) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *PRITCHARD* |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: *CHICAGO NORTHERN ILLINOIS* | Case Number: *05 11071* | Date Filed: *3/25/05* |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _[signature]_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)
*JAMES E AUGUSTYN*
Printed Name of Attorney for Debtor(s)
*SAME*
Firm Name
*4021 C WEST 63rd*
Address
*CHICAGO IL. 60629*
*773 582 1144*
Telephone Number
*8/20/05*
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_ *8/20/05*
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

```
IN RE:   JOHN AND DEBRA PRITCHARD        CHAPTER 13
         5043 SOUTH LAPORTE
         CHICAGO, ILLINOIS 60638-2107
```

                              LIST OF CREDITORS

01.
DEPENDON COLLECTION SERVICE, INC.
P.O. BOX 6074
RIVER FOREST, ILLINOIS 60305-6074

02.
CITY OF CHICAGO DEPARTMENT OF REVENUE
333 SOUTH STATE STREET, #540
CHICAGO, ILLINOIS 60604

03.
AMOCO BP
PROCESSING CENTER
DES MOINES, IA 50360-6600

04.
MERCHANTS & MEDICAL
CREDIT CORPORATION
6324 TAYLOR DRIVE
FLINT, MI 48507-4685

05.
JC PENNY GENERAL INQUIRY
P.O. BOX 981131
EL PASO, TX 79998

06.
JC PENNEY
P.O. BOX 960001
ORLANDO, FL 32896-0001

07.
BLUECROSS BLUESHIELD OF ILLINOIS
300 EAST RANDOLPH
CHICAGO, IL 60601-5099

08.
MRS. W. WHITE, EXT 3365
UNITED RECOVERY SYSTEMS, LP
P.O. BOX 722929
HOUSTON, TX 77272-2929

09.
ACADEMY COLLECTION SERVICE, INC.
19065 DECATUR ROAD
PHILADELPHIA, PA 19154-3210

10.
NATIONWIDE CREDIT, INC.
3600 E UNIVERSITY DR, STE B1350
PHOENIX, AZ 85034-7296

11.
NATIONWIDE CREDIT, INC.
P.O. BOX 740640
ATLANTA, GA 30374-0640

12.
BAKER, MILLER, MARKOFF & KRASNY, LLC
ATTORNEYS AT LAW
11 S. LASALLE STREET, 19TH FLOOR
CHICAGO, ILLINOIS 60603

CASE:   04-09736-0

13.
CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD.
ST. CHARLES, MO 63301

14.
ACADEMY COLLECTION SERVICE, INC.
10965 DECATUR ROAD
PHILADELPHIA, PA 19154-3210